```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A01-0201--CV (JKS)
            "FALELEY P. BASARGIN V PROGRESSIVE NORTHWESTER"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 07/02/01
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (2) Citizen of Another State

    Nature of Suit: (350) Motor vehicle

            Origin: (2) Removed from State Court
            Demand: 9999
        Filing fee: Paid $150.00 on 07/02/01 receipt # 00115020
          Trial by: Jury
```

| Parties of Record: | Counsel of Record: |
|---|---|
| PLF 1.1    BASARGIN, FALELEY P. | Stephen M. Sims<br>821 N Street, Suite 103<br>Anchorage, AK 99501<br>907-276-5858<br>FAX 907-279-3829 |
| DEF 1.1    PROGRESSIVE NORTHWESTERN INSURANCE CO | Gary A. Zipkin<br>Guess & Rudd<br>510 L Street, Suite 700<br>Anchorage, AK 99501<br>907-793-2200<br>FAX 907-793-2299 |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A01-0201--CV (JKS)
                     "FALELEY P. BASARGIN V PROGRESSIVE NORTHWESTER"

                                 For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 07/02/01
             Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (1) Citizen of This State
      DEF Diversity: (2) Citizen of Another State

     Nature of Suit: (350) Motor vehicle

             Origin: (2) Removed from State Court
             Demand: 9999
         Filing fee: Paid $150.00 on 07/02/01 receipt # 00115020
           Trial by: Jury


 Document #   Filed     Docket text

    1 -  1   07/02/01   DEF 1 Notice of Removal of state court action 3AN-01-7498CI.

    2 -  1   07/02/01   DEF 1 Notice of filing state court documents w/att exhs.

    3 -  1   07/02/01   DEF 1 motion to permit def to file court documents in Fairbanks.

    4 -  1   07/03/01   JKS Minute Order subsequent to removal; that w/in 10 days petitioner to
                        file copies of state court docs & svc list.  cc: cnsl

    5 -  1   07/09/01   DEF 1 Notice (response to minute order) of filing state court docs w/att
                        exhs.

    5 -  2   07/09/01   DEF 1 Service List.

    6 -  1   07/27/01   JKS Order granting motion to permit def to file court documents in
                        Fairbanks (3-1); def to provide stamped envelope addressed to Anch
                        district crt w/all pleadings filed in Fbks.  cc: cnsl, Fbks Deputy Clerk

    7 -  1   08/03/01   DEF 1 Answer to Complaint.

    8 -  1   08/10/01   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/in 21 days.  cc: cnsl

    9 -  1   09/06/01   DEF 1 Response to Order at dkt 8: Initial case status report stating
                        that parties have not met and do not agree on scheduling.

   10 -  1   09/20/01   JKS Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 05/06/02; Dispositive motions deadline 06/06/02; Estimate of
                        trial 10 days, TBJ.  cc: cnsl

   11 -  1   10/10/01   DEF 1 Notice of filing unilateral statment of issues.

   12 -  1   11/19/01   DEF 1 Stipulation for substitution of counsel re: Gary A. Zipkin should
                        be substituted for Michael P. McConahy.

   13 -  1   11/21/01   JKS Order granting stipulation for substitution of counsel re: Gary A.
                        Zipkin be substituted for Michael McConahy as counsel for D1 (12-1). cc:
                        cnsl
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A01-0201--CV (JKS)
                      "FALELEY P. BASARGIN V PROGRESSIVE NORTHWESTER"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 06/04/02 | PLF 1 Stipulation for extension of time to extend discovery to 07/30/02 and dispositive motions to 08/30/02. |
| 15 - 1 | 06/13/02 | JKS Order granting stipulation for extension of time (14-1) & setting the following dates: Discovery to close 07/30/02; Dispositive motions deadline 08/30/02. cc: cnsl |
| 16 - 1 | 06/28/02 | PLF 1 Final Witness List. |
| 17 - 1 | 07/02/02 | DEF 1 Final Witness List. |
| 18 - 1 | 08/30/02 | PLF 1; DEF 1 Stip to stay action pending the Alaska's Supreme Court's decision in Graham-Gonzales v Geico. |
| 19 - 1 | 09/05/02 | JKS Minute Order setting hrg for 09/11/02 at 9:00 a.m. re: stip to stay action. cc: cnsl |
| 20 - 1 | 09/11/02 | JKS Court Minutes [ECR: Robin Carter] re hrg on mot to stay action held 09/11/02; granting stip to stay action pending the Alaska's Supreme Court's decision to either grant or deny the pet for review in Graham Gonzales v Geico, S-10666 (18-1). If the crt grants the pet, the stay will cont until the crts ruling. If the crt denies the pet, the parties are to schedule a stat conf. cc: cnsl |
| 21 - 1 | 12/05/02 | DEF 1 Notice of pending appeal in the Ak Supreme Crt (Nos. S-10666/10755). |
| 22 - 1 | 03/10/05 | DEF 1 Status Report. |
| 23 - 1 | 03/24/05 | JKS Minute Order re status conf set for 4/6/05 at 10:00 a.m. cc: cnsl |
| 24 - 1 | 03/24/05 | PLF 1 Agreement to status conference. |
| 25 - 1 | 04/06/05 | JKS Court Minutes [ECR: Caroline Edmiston] re status conf hld 4/6/05: setting the following dates: Discovery to close 10/31/05; Dispositive motions deadline 11/30/05. cc: cnsl |
| 26 - 1 | 05/03/05 | PLF 1; DEF 1 Stipulation for protective order. |
| 26 - 2 | 05/05/05 | JKS Order granting stipulation for protective order (26-1). cc: cnsl |
| 27 - 1 | 05/06/05 | DEF 1 Notice regarding location of records. |
| 28 - 1 | 05/06/05 | DEF 1 Statement of disputed issues. |
| 29 - 1 | 05/06/05 | DEF 1 Preliminary Witness List. |
| 30 - 1 | 05/10/05 | PLF 1 Preliminary Witness List. |
| 31 - 1 | 05/10/05 | PLF 1 Statement of issues. |
| 32 - 1 | 05/16/05 | DEF 1 motion to amend answer w/att exhs and amended answer. |
| 33 - 1 | 05/27/05 | PLF 1 opposition to DEF 1 motion to amend answer (32-1). |
| 34 - 1 | 06/06/05 | DEF 1 reply to opposition to DEF 1 motion to amend answer (32-1) w/att exhs. |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A01-0201--CV (JKS)
                         "FALELEY P. BASARGIN V PROGRESSIVE NORTHWESTER"
```

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 35 - | 1 | 06/27/05 | JKS Minute Order granting motion to amend ans (32-1). cc: cnsl |
| 36 - | 1 | 06/27/05 | DEF 1 Answer (Amended). |
| 37 - | 1 | 06/27/05 | DEF 1 motion to compel w/att exhs. |
| 38 - | 1 | 07/11/05 | PLF 1; DEF 1 Stipulation for ext of time to respond to motion to compel. |
| 39 - | 1 | 07/14/05 | DEF 1 Disclosure of expert witnesses. |
| 40 - | 1 | 07/15/05 | PLF 1 Disclosure of expert witness. |
| 41 - | 1 | 07/15/05 | PLF 1 Disclosure of expert witness. |
| 42 - | 1 | 07/18/05 | PLF 1 motion for filing response to def's motion to compel one day late w/att aff. |
| 43 - | 1 | 07/18/05 | not used |
| 44 - | 1 | 07/18/05 | DEF 1 Supplemental disclosure of expert witness. |
| 45 - | 1 | 07/25/05 | JKS Order granting motion for filing response to def's motion to compel one day late (42-1); terminating in light of this order: stipulation for ext of time to respond to motion to compel (38-1). cc: cnsl |
| 46 - | 1 | 07/25/05 | PLF 1 opposition to DEF 1 motion to compel (37-1) w/att exhs. |
| 47 - | 1 | 07/27/05 | DEF 1 reply to opposition to DEF 1 motion to compel (37-1) w/att exhs. |
| 48 - | 1 | 08/04/05 | JKS Minute Order granting motion to compel (37-1). cc: cnsl |
| 49 - | 1 | 08/16/05 | PLF 1; DEF 1 Stipulation re: bifurcation of issues relating to damages. |
| 49 - | 2 | 08/18/05 | JKS Order granting stipulation re: bifurcation of issues relating to damages (49-1). CC: CNSL |
| 50 - | 1 | 09/15/05 | DEF 1 Final Witness List. |
| 51 - | 1 | 09/16/05 | PLF 1; DEF 1 Stipulation for ext of time to file expert rpts & final witness list. |
| 51 - | 2 | 09/19/05 | JKS Order granting stipulation for ext of time to 9/27/05 to file expert rpts & final witness list (51-1). cc: cnsl |