**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

```
FALELEY P. BASARGIN,           )
                               )
         Plaintiff(s),         )
                               )   Case No. 3:01-CV-0201-JKS
v.                             )
                               )
PROGRESSIVE NORTHWESTERN       )
INSURANCE CO.,                 )
                               )
         Defendant(s).         )
                               )
```

**ORDER**
(Certification of Readiness for Trial)

It appears that the pretrial calendar for this case has been completed and that it should be ready for trial. The court is ready to schedule a final pretrial conference and trial and will do so when the parties have complied with the following.

(1) Counsel for plaintiff shall consult with other counsel and jointly certify that:

    (a) discovery is complete;

    (b) there are no outstanding procedural or legal issues which are appropriate for resolution by motion; and

    (c) settlement has been seriously explored and is deemed to be remote. The court will arrange a settlement conference with another judge upon request, and use of this procedure will be required unless counsel certify that the case cannot be settled.

Order/certification of readiness for trial
[~2656109.wpd]{IID1.WPD*Rev.12/96}

  (2) Counsel shall suggest at least two alternate trial dates, at least one of which shall be approximately six months from the date of this order.

  If counsel are not able to so certify, counsel for Plaintiff shall report to the court within fifteen (15) days from the date hereof what remains to be accomplished and when outstanding matters will be attended to.  In lieu of such report, counsel may request a status conference with the court.

  DATED at Anchorage, Alaska, this 21st day of January 2005.


        __/s/James K. Singleton, Jr.___
        James K. Singleton, Jr.
        United States District Judge