STEPHEN M. SIMS
821 N STREET, SUITE 103
ANCHORAGE, AK   99501
(907) 276-5858
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| FALELEY P. BASARGIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PROGRESSIVE NORTHWESTERN | ) | |
| INSURANCE COMPANY, | ) | Case No. 3:01-cv-201 Civil (JKS) |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## REPORT TO THE COURT

This case has been settled and is pending clean up of the liens.  It has not

been dismissed because a lien claimant may need to be joined.  We are attempting to

mediate or settle the lien claimant problems at this time.  We expect to have the whole

2133/21 REPORT TO THE COURT
Page 1

thing resolved with dismissal papers filed within 60 days and/or a lien claimant joined,

or mediation of potential lien claimants within 60 days.

DATED at Anchorage,  Alaska this 8th day of March, 2006.

LAW OFFICE OF STEVE M. SIMS
Attorney for Plaintiff

By:    s/ STEPHEN M. SIMS
       821 N Street Suite 103
       Anchorage   AK 99501
       Phone: (907) 276-5858
       Fax:    (907) 276-5817
       Email: ssims@alaskainjury.com
       ABA No.: 7710168


CERTIFICATE OF SERVICE AND TYPEFACE
I hereby certify that on March 8, 2006 a copy of the
foregoing Report to the Court was served electronically on:

Gary A. Zipkin, Esq.

I Further certify that the typeface used in the
foregoing document is Times New Roman 13.

S/   STEVE M. SIMS


2133/21 REPORT TO THE COURT
Page 2