STEPHEN M. SIMS
821 N STREET, SUITE 103
ANCHORAGE, AK  99501
(907) 276-5858
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FALELEY P. BASARGIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PROGRESSIVE NORTHWESTERN ) | |
| INSURANCE COMPANY, ) | Case No. 3:01-cv-201 Civil (JKS) |
| ) | |
| Defendant. ) | |
| _____) | |

**PLAINTIFF'S STATUS REPORT TO THE COURT**

The United States Supreme Court on May 1, 2006 came out with <u>Arkansas Dept of Health and Human Services v. Ahlborn</u>, 126 Sup.Ct. 1752, discussing disposition of funds that may or may not be subject to Medicaid liens.

2133/22 STATUS REPORT TO THE COURT
Page 1

This case has been settled subject to resolution of the Medicaid lien issues. Now that we have direction from the United States Supreme Court, it is anticipated that the matter will be finalized in the next 90 days and/or the State Medicaid lien will be brought before the Federal Court by joinder.

DATED at Anchorage, Alaska this 24th day of May, 2006.

          LAW OFFICE OF STEVE M. SIMS
          Attorney for Plaintiff

          By:   s/ STEPHEN M. SIMS
                821 N Street Suite 103
                Anchorage   AK 99501
                Phone: (907) 276-5858
                Fax:    (907) 276-5817
                Email: ssims@alaskainjury.com
                ABA No.: 7710168

CERTIFICATE OF SERVICE AND TYPEFACE
I hereby certify that on May 24, 2006 a copy of the foregoing Status Report to the Court was served electronically on:

Gary A. Zipkin, Esq.

I Further certify that the typeface used in the foregoing document is Times New Roman 13.

S/   STEVE M. SIMS

2133/22 STATUS REPORT TO THE COURT
Page 2