Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


FALELEY P. BASARGIN,              )
                                  )
            Plaintiff,            )
                                  )
vs.                               )
                                  )
PROGRESSIVE NORTHWESTERN )
INSURANCE COMPANY,                )
                                  )
            Defendant.            )      Case No. A01-201 CV (JKS)
_____ )


STIPULATION FOR DISMISSAL WITH PREJUDICE


        The parties, by and through their respective attorneys,

hereby stipulate and agree that the above-captioned action shall

be dismissed in its entirety, with prejudice, each party bearing

its own costs and attorney's fees.

LAW OFFICES OF
**Guess & Rudd** P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

Stipulation for Dismissal With Prejudice
Basargin v. Progressive, Case No. A01-201 CV (JKS)
Page 1 of 2

GUESS & RUDD P.C.
Attorneys for Defendant

Dated: _8/9/06_              By: _____
                                Gary A. Zipkin
                                Alaska Bar No. 7505048

LAW OFFICES OF STEVE SIMS
Attorney for Plaintiff

Dated: _7-18-06_            By: _____
                                Stephen M. Sims
                                Alaska Bar No. 7710168

F:\DATA\5200\79\PLEADING\51mc StipDismiss.doc

CERTIFICATE OF SERVICE

I hereby certify that on the
_9th_ day of _August_, 2006, a copy
of the foregoing document was served
electronically on:

        Stephen M. Sims, Esq.

Guess & Rudd P.C.

By:___s/Gary A. Zipkin_____

LAW OFFICES OF
**Guess&Rudd** P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

Stipulation for Dismissal With Prejudice
Basargin v. Progressive, Case No. A01-201 CV (JKS)
Page 2 of 2