```
Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FALELEY P. BASARGIN,        )<br>                             )<br>            Plaintiff,       )<br>                             )<br>vs.                          )<br>                             )<br>PROGRESSIVE NORTHWESTERN    )<br>INSURANCE COMPANY,           )<br>                             )<br>            Defendant.       )<br>_____) | Case No. A01-201 CV (JKS) |

ORDER OF DISMISSAL

      Based on the signed Stipulation for Dismissal With Prejudice,

IT IS HEREBY ORDERED that this case is dismissed with prejudice, each side bearing its own costs and attorney's fees.

DATED this ____ day of August, 2006.

_____
The Honorable Timothy Burgess
United States District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on the
9th day of August, 2006, a copy
of the foregoing document was served
electronically on:

    Stephen M. Sims, Esq.

Guess & Rudd P.C.

By:___s/Gary A. Zipkin_____

F:\DATA\5200\79\PLEADING\51 Order of Dismissal.doc

Order of Dismissal
Basargin v. Progressive, Case No. A-01-201 Civil
Page 2 of 2