IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FALELEY P. BASARGIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PROGRESSIVE NORTHWESTERN ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> ) | Case No. A01-201 CV (JKS) |

## ORDER OF DISMISSAL

Based on the signed Stipulation for Dismissal With Prejudice,

IT IS HEREBY ORDERED that this case is dismissed with prejudice, each side bearing its own costs and attorney's fees.

DATED this 10th day of August 2006.

    /s/James K. Singleton
The Honorable James K. Singleton
United States District Court Judge